**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **RHONDA SMITH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **1:26-cv-175-KD-N** |
| **SODEXO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>ORDER</u>

This civil action is before the Court on Plaintiff's Amended Motion to Proceed Without Prepayment of Fees (Doc. 4), or *in forma pauperis* ("IFP"), under 28 U.S.C. § 1915. This amended IFP motion and Plaintiff's original IFP motion (Doc. 2) have been referred to the undersigned Magistrate Judge for appropriate action pursuant to 28 U.S.C. § 636(a)-(b), Federal Rule of Civil Procedure 72, and S.D. Ala. GenLR 72(a). See docket sheet reference notations dated 5/12/2026 and 6/29/2026; S.D. Ala. GenLR 72(b).

The Court previously addressed Plaintiff's original IFP motion (Doc. 2) in an Order entered on June 8, 2026 (Doc. 3). In that Order, the Court instructed Plaintiff to, by July 2, either pay the $405.00 filing fee or file a supplemental declaration supporting IFP status. Plaintiff timely responded to that Order by filing the Amended Motion to Proceed Without Prepayment of Fees (Doc. 4).

1

The Court finds that Plaintiff's sworn account of her assets and liabilities in the amended IFP motion dated June 29, 2026, satisfies the poverty requirement for proceeding IFP. *See Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948) (an IFP declaration is sufficient if it avers that the person cannot pay or give security for the filing fee because of poverty while also providing herself with the necessities of life). Under the facts set forth in the amended IFP motion, requiring Plaintiff to pay a $405.00 filing fee would impose an undue economic hardship. Plaintiff owes $475 per month for rent. On a monthly basis, Plaintiff's restated wage income of $718.24 per month[1] is about 1.5 times her rent. After subtracting the rent payment, only $243.24 remains for other necessary living expenses such as those mentioned in the amended IFP motion – food, utilities, and transportation.

Accordingly, Plaintiff's Amended Motion to Proceed Without Prepayment of Fees (Doc. 4) is **GRANTED**. Plaintiff's still-pending original IFP motion, the Motion to Proceed Without Prepayment of Fees (Doc. 2), is **DENIED as moot**.

Because Plaintiff has now been authorized to proceed IFP, the Court is obligated to determine whether the Complaint fails to state a claim upon which relief may be granted. See 28 U.S.C. § 1915(e)(2). To aid the Court in this determination, Plaintiff is **ORDERED to file complete, unaltered, stand-alone copies of each of the following documents on or before <u>July 31, 2026</u>**: (1) the original charge of discrimination that Plaintiff filed with the U.S. Equal Employment Opportunity

---

[1] It is unclear whether Plaintiff has stated her income as a gross figure or as net after withholdings.

2

Commission (EEOC) concerning Sodexo, (2) each amended charge of discrimination (if any) that Plaintiff filed with the EEOC concerning Sodexo, and (3) each Determination and Notice of Rights that the EEOC has issued to Plaintiff with respect to Sodexo. Again, each of these documents must be complete, unaltered, and stand-alone.[2] If Plaintiff fails to timely file these documents in response to this Order, then the undersigned Magistrate Judge may recommend that the assigned District Judge dismiss this action for failure to state a claim upon which relief may be granted, failure to prosecute, and/or failure obey a court order.

    **DONE** and **ORDERED** this the 8th day of July 2026.

/s/ Katherine P. Nelson
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**

---

[2] Attached to the Complaint (Doc. 1-1) is a copy of an altered email advising someone that a "document titled **DETERMINATION AND NOTICE OF RIGHTS** [is] in the EEOC Public Portal" for the recipient of the email. This not a proper submission and is not the same thing as a copy of an actual Determination and Notice of Rights issued by the EEOC.